# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * * *
                                      *
ROBERT STREVEY,                       *
                                      *
                Plaintiff,            *
                                      *    Nos. 15-1252; 15-12524L
         v.                           *    Filed: August 7, 2018
                                      *
UNITED STATES,                        *
                                      *
                Defendant.            *
                                      *
* * * * * * * * * * * * * * * * * * *
```

### O R D E R

    The court is in receipt of the joint stipulation to voluntarily dismiss certain plaintiffs' claims in the case of John Arnold, et al. v. United States, Case No. 15-1252L, including the above-captioned plaintiff. The claims associated with the above-captioned plaintiffs are, hereby, **SEVERED** from the case of John Arnold, et al. v. United States, Case No. 15-1252L, and shall be reorganized, for case management purposes, into the above-captioned case, Robert Strevey v. United States, and assigned Case No. 15-12524L. The court **DISMISSES**, without prejudice, the property claims of Robert Strevey. The Clerk's Office shall enter **JUDGMENT** consistent with this Order, pursuant to Rule 41 of the Rules of the United States Court of Federal Claims. As the Order disposes of all properties of the named plaintiff, Case No. 15-12524L shall be **CLOSED**. Neither the dismissal of the claims of the plaintiff herein nor the entry of judgment by the Clerk's Office shall affect this court's jurisdiction over the remaining plaintiffs and properties in the case of John Arnold, et al. v. United States, Case No. 15-1252L.

    **IT IS SO ORDERED**.

                                                                        s/Marian Blank Horn
                                                                       **MARIAN BLANK HORN**
                                                                          **Judge**